■ In the Matter of SEYMOUR BROWN, an Attorney.—Respondent reinstated as an attorney and counselor at law of the State of New York. Concur —Markewich, J. P., Nunez, Kupferman, Murphy and Lupiano, JJ.

## (January 31, 1977)

■ SUROWITZ & RUSKIN, Appellant, v CASEY, LANE & MITTENDORF, Respondent.—Order, Supreme Court, New York County, entered on October 19, 1976, unanimously affirmed for the reasons stated by Asch, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns and Nunez, JJ.

■ In the Matter of VINCENT J. MANNINO, JR., Appellant, v PETER J. MALONEY, Respondent.—Order and judgment, Supreme Court, New York County, entered on July 12 and July 22, 1976, respectively, unanimously affirmed for the reasons stated by Saypol, J., without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Birns and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTA GREEN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 10, 1974, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd [5]). No opinion. Concur—Murphy, J. P., Lupiano, Silverman and Lane, JJ.